September 27, 2016



# JUDGMENT

# The Fourteenth Court of Appeals

LAUREL MILLER AND ELIANA MILLER, Appellants/Cross-Appellees

NO. 14-15-00004-CV                              V.

DEBO HOMES, LLC, Appellee/Cross-Appellant

_____

     This cause, an appeal from the judgment, signed December 22, 2014, was heard on the transcript of the record. We have inspected the record and find the trial court erred. We **REVERSE** the portion of the trial court's judgment awarding the Millers zero attorney's fees and **REMAND** this case for a new trial on attorney's fees. We **REVERSE** the trial court's judgment awarding the Millers pre-judgment interest in the amount of $3,663.92 and **REMAND** this case for a recalculation of pre-judgment interest consistent with this court's opinion. We **REVERSE** the trial court's judgment awarding the Millers post-judgment interest on the sum of $64,313.92 and **REMAND** this case for a recalculation of post-judgment interest consistent with this court's opinion. We **AFFIRM** the trial court's judgment in all other respects.

     We order that each party shall pay its costs by reason of this appeal.

     We further order this decision certified below for observance.